**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**PAULA FOOTE,**

    **Plaintiff,**

                          **CASE NO.:   9:21-cv-80907-RS**

v.

**TOBIAS & ASSOCIATES, INC.,**

    **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, PAULA FOOTE, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action without prejudice, and with each party to bear its own attorney's fees, costs and disbursements.

Dated this 9th day of June, 2021.

                                              Respectfully submitted,

                                              */s/ Brandon J. Hill*
                                              **BRANDON J. HILL**
                                              Florida Bar Number: 0037061
                                              **WENZEL FENTON CABASSA, P.A.**
                                              1110 N. Florida Avenue, Suite 300
                                              Tampa, Florida 33602
                                              Main Number: 813-224-0431
                                              Direct Dial: 813-337-7992
                                              Facsimile: 813-229-8712
                                              Email: bhill@wfclaw.com
                                              Email: gnichols@wfclaw.com
                                              **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of June, 2021, the foregoing was electronically filed using the Florida Courts E-Filing Portal, and a true and correct copy was sent via U.S. Mail to the following:

TOBIAS & ASSOCIATES, INC.
c/o Michael Tobias, Registered Agent
123 NW 13th Street, Ste. 101
Boca Raton, FL 33432

and

Lisa Messner, Esq.
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
lmessner@mslawgroup.com

>*/s/ Brandon J. Hill*
>**BRANDON J. HILL**