UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80907-CIV-SMITH

PAULA FOOTE,

    Plaintiff,

v.

TOBIAS & ASSOCIATES, INC.

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 4]. Upon consideration, it is

    **ORDERED** that:

1. This matter is **DISMISSED without prejudice.**

2. Attorney's fees and costs shall be borne by each party.

3. All pending motions are **DENIED as moot.**

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of June, 2021.

                                                                        RODNEY SMITH
                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record